UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JERRY WORD,** *et al.,*

      Plaintiffs,

v.                                           Case No. 05-74501
                                             Hon. Bernard A. Friedman

**CITY OF DETROIT,** *el al.,*

      Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated June 1, 2006. Timely objections have been filed by the plaintiffs.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated June 1, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the motion to dismiss of Defendant City of Detroit and Defendant Vertin is hereby granted.

IT IS FURTHER ORDERED that plaintiffs' claims against the Defendant City of Detroit and Defendant Vertin are hereby dismissed.

   June 16, 2006                       s/Bernard A. Friedman
    Detroit, Michigan                BERNARD A. FRIEDMAN
                                         CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    **_/s/ Patricia Foster Hommel_____**
          **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**